FILED: January 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2392
(A079-235-927)
_____

STEPHAN J. ROSS

      Petitioner

v.

LORETTA E. LYNCH, Attorney General; JEH JOHNSON, U. S. Department of Homeland Security; IMMIGRATION AND CUSTOMS ENFORCEMENT, (ICE)

      Respondents

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the administrative record to 01/21/2016.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk